CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 2 5 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action No. 7:16CR00008-03 |
| v. | ) | |
| | ) | **ORDER** |
| DOUGLAS EDWARD GIBSON, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The defendant's pro se motion to dismiss the indictment (Docket No. 150) is **DENIED**;

2. The defendant's motions to suppress (Docket Nos. 121 and 158) are **DENIED AS MOOT**;

3. The defendant's motion for exculpatory evidence (Docket No. 163) is **GRANTED**;

4. The government's motion in limine (Docket No. 79) is **GRANTED**; and

5. The government's request for a Lafler/Frye inquiry (Docket No. 132) is **GRANTED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

DATED: This 25th day of May, 2017.

_____
Chief United States District Judge